# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

**MARTHA EVANS,**

    Plaintiff,

vs.

                                          **No: 3:23-CV-00182-CEA-JEM**

**OLD REPUBLIC INSURANCE COMPANY, INC.,**

    Defendant.

## JOINT MOTION FOR APPROVAL OF SETTLEMENT
## AND DISMISSAL WITH PREJUDICE

      Comes now Defendant Old Republic Insurance Company, Inc. and Plaintiff Martha Evans, by and through their undersigned attorneys, and jointly notify the Court that they have resolved all claims at issue in this matter. The parties thereby stipulate to a voluntary dismissal with prejudice of the Plaintiff's claims pursuant to Federal Rule of Civil Procedure 41(a)(2) which dismissal is conditioned upon Court approval of this settlement. The parties also jointly move for the Court to enter an Order approving the terms of the parties' settlement. The parties have attached a copy of the Settlement Agreement, signed by each party, as **Exhibit 1** herein.

      WHEREFORE, the parties request that this Joint Motion for Approval of Settlement be granted and that the Court enter an Order approving the Settlement Agreement of the parties and dismissing this action with prejudice.

Respectfully submitted this the 15th day of September, 2023.

/s/ Richard T. Scrugham, Jr.
Richard T. Scrugham, Jr. (BPR No. 20972)
**FRANTZ, MCCONNELL & SEYMOUR, LLP**
550 W. Main Street, Suite 500
Knoxville, TN 37902
Email: rscrugham@fmsllp.com
(865) 546-9321
*Attorney for Old Republic Ins. Co., Inc.*

/s/ Wes Addington
Wes Addington
Appalachian Citizens' Law Center
317 Main Street
Whitesburg, Kentucky 41858
(606) 633-3929
Email: wes@aclc.org
*Attorney for Plaintiff Martha Evans*

S:\WDOX\Clients\2\200638\MOTIONS\02642619.DOCX