UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARTHA EVANS, | ) |
| *Plaintiff*, | ) Case No. 3:23-cv-182 |
| | ) Judge Atchley |
| v. | ) |
| | ) Magistrate Judge McCook |
| OLD REPUBLIC INS. CO., INC., | ) |
| *Defendant*. | ) |

# JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having granted the Joint Motion for Approval of Settlement and Dismissal with Prejudice [Doc. 12],

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT